Wesley Conway IVY, Jr., Appellant,

v.

The STATE of Texas, Appellee.

No. 27730.

Court of Criminal Appeals of Texas.

Oct. 19, 1955.

No appearance for appellant.

Henry Wade, Crim. Dist. Atty., C. S. Potts, Asst. Dist. Atty., Dallas, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is burglary; the punishment, 7 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.